

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS, | § | No. 08-15-00205-CR |
| Appellant, | § | Appeal from the 243rd |
| v. | § | Judicial District Court |
| CRISPEN HANSON, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20120D03212) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's amended order suspending the further execution of Appellee's sentence and placing him on shock probation, and remand the cause for further proceedings in accordance with our opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MARCH, 2020.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.